BEFORE THE SECOND DIVISION, AUGUST 15, 1968

No. P68/330.—D. P. Harris Hdw. & Mfg. Co., Inc., et al. *v.* United States, protests 63/11675–13515, etc. (Chicago).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of inner tubes similar in all material respects to those the subject of *Seedman International Corp. et al.* v. *United States* (60 Cust. Ct. 127, C.D. 3285), the claim of the plaintiffs was sustained.

No. P68/331.—Henry A. Wess, Inc. *v.* United States, protests 61/6225, etc. (Cleveland).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consist of machines, or parts thereof, dedicated for use therewith, which perform independent steps in the manufacture of paper pulp, similar in all material respects to those the subject of *Bird Machine Company* v. *United States* (51 CCPA 42, C.A.D. 835) and *A. N. Deringer, Inc.* v. *United States* (56 Cust. Ct. 477, C.D. 2681), the claim of the plaintiff was sustained.